UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLEMS FARMS INC., *a California Corporation*,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GABRIEL FARMS INC., *an Oregon Corporation d/b/a Oregon Blueberry Farms and Nursery* and ROBERT GABRIEL,<br><br>　　　　　Defendants. | No.  1:21-cv-00237-AWI-HBK<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41 (a)(1)(A)(ii)<br><br>(Doc. No. 18) |

　　　　The parties filed a Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) on August 4, 2021.  (Doc. No. 18, "Stipulation").  The Stipulation states the dismissal is *with prejudice* with each party bearing "its own costs and attorneys' fees."  (*Id.*).

　　　　Rule 41(a)(1)(A)(ii) in pertinent part provides that, "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." A voluntary stipulation pursuant to Rule 41(a)(1)(A)(ii) automatically terminates the action between the parties without operation of a court order.  *Black Rock City, LLC v. Pershing Cty. Bd. of Comm'rs*, 637 F. App'x 488 (9th Cir. 2016) (citations omitted).  Here, the parties have signed and dated the Stipulation to dismiss this action.

1

1  Accordingly, the Clerk of Court shall terminate all pending motions and deadlines and
2 CLOSE this action to reflect the parties stipulated dismissal of this action with prejudice pursuant
3 to Rule 41(a)(1)(A)(ii).

Dated:    August 5, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2